MATTHEW J. GAUGER, Bar No. 139785
MANUEL BOIGUES, Bar No. 248990
GARY P. PROVENCHER, Bar No. 250923
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
Telephone  (916) 443-6600
Fax  (916) 442-0244
E-Mail:  mgauger@unioncounsel.net
          mboigues@unioncounsel.net
          gprovencher@unioncounsel.net

Attorneys for Plaintiff United EMS Workers, Local 4911

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED EMERGENCY MEDICAL SERVICES WORKERS, LOCAL 4911, AFSCME, AFL-CIO<br><br>Plaintiff,<br><br>v.<br><br>MEDIC AMBULANCE SERVICE, INC,<br><br>Defendant. | No.  2:16:CV-02721-JAM-DB<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

Pursuant to the Parties' Settlement Agreement, the Plaintiff respectfully requests this court to dismiss this matter with prejudice.

Dated:    January 24, 2017         WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation

                                    /S/   Matthew J. Gauger
                          By:      MATTHEW J. GAUGER
                                   MANUEL BOIGUES
                                   GARY P. PROVENCHER
                                   Attorneys for Plaintiff United EMS Workers,
                                   Local 4911

142101\897057

1
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. 2:16-CV-02721-JAM-DB

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

**GOOD CAUSE HAVING BEEN SHOWN, IT IS SO ORDERED.**

DATED:  1/24/2017

                                         /s/ John A. Mendez
                                         United States District Court Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814
(916) 443-6600

2

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER THEREON
Case No. 2:16-CV-02721-JAM-DB